```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NEICHA L. GRAHAM,

                                Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

------------------------------------------------------------X

23-CV-10805 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff is advised that the New York County Lawyers Association ("NYCLA") may be able to provide free legal assistance on this pending social security appeal. If Plaintiff is interested, the Court recommends calling 212-349-0900. Additional information on NYCLA is attached.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 9, 2024
               New York, New York