UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NEICHA L. GRAHAM,

                              Plaintiff,

       -against-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

23-CV-10805 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2024

**SARAH NETBURN, United States Magistrate Judge:**

       As discussed at today's conference, Ann Biddle of the Urban Justice Center may be able to assist Plaintiff. Plaintiff is directed to contact Ms. Biddle, who can be reached at 646-602-5671 or abiddle@urbanjustice.org. By May 8, 2024, the parties should file a joint letter advising the Court on their positions on how to proceed with Defendant's motion to dismiss.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 17, 2024
                New York, New York